EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Comité de Revisión del Manual de Instrucciones al Jurado | 2017 TSPR 207<br><br>198 DPR ____ |
| --- | --- |

Número del Caso: EC-2017-02

Fecha: 29 de diciembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité de Revisión del Manual de        EC-2017-02
Instrucciones al Jurado

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2017.

El 3 de marzo de 2017, mediante la Resolución EC-2017-02, se reactivó el Comité para la Revisión del Manual de Instrucciones al Jurado (el Comité), con el propósito de actualizar el Proyecto del Libro de Instrucciones al Jurado, presentado en septiembre de 2008, conforme al ordenamiento penal vigente. En tal resolución, se otorgó un año para cumplir con esta encomienda. *In re Comité de Revisión del Manual de Instrucciones al Jurado*, EC-2017-02, Resolución de 3 de marzo de 2017, 197 DPR 532 (2017).

Por conducto de su Presidente y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 1 de diciembre de 2017 el Comité presentó una moción para la extensión del término originalmente concedido por este Tribunal. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la interrupción de los trabajos provocada por los huracanes Irma y María y las complicaciones que este último fenómeno atmosférico acarreó sobre el calendario de trabajo del Comité y de cada miembro en su carácter individual. También se detalló la complejidad y amplitud de los temas objeto de estudio y discusión.

El Comité incluyó en su moción un recuento preciso de los trabajos realizados hasta el momento y afianzó su interés y compromiso genuino de cumplir con su gestión a satisfacción de este Tribunal.

Examinada la petición presentada, se le concede al Comité un plazo adicional a vencer el 4 de marzo de 2019.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros del Comité.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo